IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONNIE KAHAPEA, | CV 20-00281 LEK-KJM |
| Petitioner, | |
| vs. | |
| HAWAII STATE FEDERAL CREDIT UNION; BANK OF AMERICA; DAVE SMITH MOTORS, | |
| Respondents. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 07, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss for Failure to Prosecute Plaintiff's Motion to Confirm Arbitration Award as to Defendants Hawaii State Federal Credit Union and Dave Smith Motors", ECF No. 26, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 2, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**RONNIE KAHAPEA VS. HAWAII STATE FEDERAL CREDIT UNION, ET AL; CV 20-00281 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**