# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RONNIE KAHAPEA | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case: CV 20-00281 LEK-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| HAWAII STATE FEDERAL CREDIT UNION; BANK OF AMERICA; DAVE SMITH MOTORS | September 20, 2021<br><br>At 11 o'clock and 25 min a.m.<br>MICHELLE RYNNE, CLERK |
| Respondents. | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 27, filed June 2, 2021 and the "Order Dismissing, for Lack of Subjection Matter Jurisdiction, Petitioner's Motion to Confirm Arbitration Award", ECF No. 32, filed September 20, 2021.

| | |
|---|---|
| September 20, 2021 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |